IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>    PAMELA ALSUP,<br><br>        Plaintiff.<br>_____ | No. C 12-3065 JSW (PR)<br><br>**ORDER OF DISMISSAL** |

      On June 15, 2012, Plaintiff, a California prisoner, wrote a letter to the Court complaining that her rights were being violated. On the same day, the Clerk notified Plaintiff that she had not filed a complaint or a habeas petition. The Clerk also notified her that day that she had neither paid the filing fee nor filed a completed application to proceed in forma pauperis ("IFP"). Along with these deficiency notices, the Clerk mailed to Plaintiff the Court's complaint and IFP forms, instructions for completing the forms, and a stamped return envelope. In the notices, Plaintiff was informed that the case would be dismissed if she did not file a complaint and either pay the filing fee or file a completed IFP application within thirty days. No response from Plaintiff has been received. Accordingly, this case is DISMISSED without prejudice.

      The Clerk shall enter judgment and close the file.

      IT IS SO ORDERED.

DATED: October 11, 2012

                            JEFFREY S. WHITE
                            United States District Judge

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

PAMELA ALSUP,

        Plaintiff,

 v.

/ et al,

        Defendant.
                                     /

Case Number: CV12-03065 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 11, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pamela Alsup
X34601
16756 Chino-Corona Road
Corona, CA 92880-9508

Dated: October 11, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk